1 WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
2 David L Chaffin, Esq., SBN 258459
3 4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
4 Tel. (949) 477-5050; Fax (949) 608-9142
5 dchaffin@wrightlegal.net

6
7 Attorneys for Defendants,
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS
8 FARGO HOME MORTGAGE (erroneously named "Wells Fargo Home
Mortgage") and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
9 FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE
10 PASS-THROUGH CERTIFICATES SERIES 2007-7 (erroneously named "HSBC
Bank, USA, N.A.")
11

12 UNITED STATE DISTRICT COURT
13 FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

15 CARLOS CASTRO and
LISA CASTRO,
16 ) Case No: CV12-02393 RSWL (AGRx)
17 Plaintiffs,
18 Vs. ) NOTICE OF REMOVAL OF
) ACTION PURSUANT TO 28
19 ) U.S.C. §1441(b)
20 WELLS FARGO HOME MORTGAGE,
HSBC BANK USA, N.A., and DOES 1- ) [DIVERSITY OF CITIZENSHIP]
21 10.
22 Defendants.
23
24
25
26
27
28

-1-
NOTICE OF REMOVAL OF ACTION

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
2  THE CENTRAL DISTRICT OF CALIFORNIA:
3  　　PLEASE TAKE NOTICE that Defendants WELLS FARGO BANK, N.A.,
4  SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE ("Wells
5  Fargo") and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
6  FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE
7  PASS-THROUGH CERTIFICATES SERIES 2007-7 ("HSBC") (collectively
8  "Defendants") hereby remove to this United States District Court, the state court
9  action described as follows:
10  　　1.　　On January 11, 2012, Plaintiffs CARLOS CASTRO and LISA
11  CASTRO ("Plaintiffs") filed a Complaint in the Superior Court of the State of
12  California, County of Los Angeles ("State Court"), entitled *Carlos Castro vs.*
13  *Wells Fargo Home Mortgage, et al.* - Case No. PC052279 ("State Court Action").
14  A true and correct copy of the Complaint is attached hereto as Exhibit "1" and
15  incorporated herein by reference.
16  　　　　**REMOVAL BASED ON DIVERSITY OF CITIZENSHIP**
17  　　The Action may be removed to the United States District Court, in
18  accordance with 28 U.S.C. §1441(b) since this District Court has original
19  jurisdiction over the State Court Action on the basis of diversity of citizenship
20  pursuant to 12 U.S.C. §1332. Specifically, the State Court Action is a civil action
21  between citizens of different states and the amount in controversy exceeds the sum
22  of $75,000.00.
23  **A.　　DIVERSITY OF CITIZENSHIP**
24  　　In order to qualify for diversity of citizenship jurisdiction, all of the named
25  plaintiffs' citizenships <u>must</u> be completely diverse from all the named defendants'
26  citizenships, excluding nominal, fraudulent and/or sham defendants. Here,
27  complete diversity exists because:
28  ///

1. *Plaintiffs' Citizenship.*

A natural person's citizenship is determined by his or her naturalization to the United States and domicile state at the time of filing (which is the state he or she resides in with the intention to remain or to which he or she intends to return).[1] In the present matter, on information and belief Defendants allege that Plaintiffs are residents of Los Angeles County in California.[2] Therefore, Plaintiffs are deemed citizens of the State of **California** for the purposes of diversity citizenship jurisdiction.

2. *Defendant Wells Fargo's Citizenship.*

Wells Fargo Bank, N.A is the successor by merger of Wells Fargo Home Mortgage and is not a separate entity. Thus, Wells Fargo Home Mortgage is subject to the same diversity analysis as Wells Fargo Bank, N.A. Wells Fargo Bank, N.A. is a national banking association chartered under the laws of the United States with its main office in South Dakota. "All national banking associations shall, for the purposes of … actions by or against them, be deemed citizens of the States in which they are respectively located."[3] A national bank is located, for diversity jurisdiction purposes, only in the state designated as its main office (and not in every state where it has branch offices).[4] Wells Fargo Bank, N.A.'s main office is located in Sioux Falls, South Dakota. As such, Wells Fargo is a citizen of **South Dakota** for purposes of diversity of citizenship jurisdiction.[5]

---

[1] *Kanter v. Warner–Lambert Co.*, 265 F3d 853, 857 (9th Cir. 2001).
[2] See *Complaint* ¶¶ 7 and BC-4, attached hereto as Exhibit "1".
[3] 28 U.S.C. §1348
[4] *Wachovia Bank v. Schmidt*, 126 S. Ct. 941, 946-52 (2006).
[5] Federal courts have overwhelmingly decided in case after case that Wells Fargo is a South Dakota citizen for purposes of diversity. *See DeLeon v. Wells Fargo Bank, NA.*, 729 F. Supp. 2d 1119 (2010); *Cochran v. Wachovia Bank, N.A.*, Case No. CV 10-018, 2010 U.S. Dist. LEXIS 38379 (C.D. Cal. Mar. 9, 2010); *Nguyen v. Wells Fargo Bank, N.A., et al.*, Case No. C-10-4081, 2010 U.S. Dist. LEXIS 113246 at *10-15 (N.D. Cal. Oct. 25, 2010); *Peralta v. Countrywide Home Loans, Inc.*, Case No. C 09-3288, 2009 U.S. Dist. LEXIS 112387, at *14-15 (N.D. Cal. Nov. 16, 2009); *Giordano v. Wachovia Mortg., FSB*, Case No. 5:10-cv-04661, 2010 U.S. Dist. LEXIS 136284, at *5 (N.D. Cal.

### 3. *Defendant HSBC's Citizenship*

HSBC is a national banking association chartered under the laws of the United States with its main offices in Virginia. Thus, HSBC is a citizen of **Virginia** for the purposes of diversity jurisdiction.

### 4. *Defendants DOES 1-10's Citizenship*

Upon information and belief, DOES 1-10 have not been named or served, and thus their consent is not required.[6]

Because no defendant has the same citizenship as Plaintiffs, complete diversity of citizenship exists.

## B. AMOUNT IN CONTROVERSY.

In addition to diversity of citizenship, "the matter in controversy [must] exceed[s] the sum or value of $75,000, exclusive of interest and costs…"[7] "In actions seeking declaratory or injunctive relief, it is well-established that the amount in controversy is measured by the value of the object of the litigation."[8] Here, Plaintiff seeks to enjoin the non-judicial foreclosure sale. The loan which is the object of this litigation is in the amount of $585,000.00 – an amount that exceeds $75,000.00. Therefore, this Action meets the jurisdictional amount in controversy.

## C. NOTICE IS TIMELY.

On information and belief Defendants bring this Notice of Removal within thirty (30) days, as required by 28 U.S.C. §1446(b).

---

Dec. 14, 2010); and *Atienza v. Wells Fargo Bank, N.A.*, Case No. C 10-03457, 2011 U.S. Dist. LEXIS 1738, at *4-6 (N.D. Cal. Jan. 4, 2011).
[6] *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (the requirement for consent applies "only to defendants properly joined and served in the action."); *Salverson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1428 (9th Cir. 1984)
[7] 28 U.S.C. §1332(a)(1).
[8] *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977); *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002).

-4-
NOTICE OF REMOVAL OF ACTION

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. §1446(a), Defendants file this Notice in the District Court of the United States for the district and division within which the State Court Action is pending. |
| 2 | |
| 3 | |
| 4 | Pursuant to 28 U.S.C. §1446(d), a copy of this Notice with its attachments will promptly be served on Plaintiff in the State Court Action, and notice thereof will be filed with the clerk of the Los Angeles County Superior Court. |
| 5 | |
| 6 | |
| 7 | **WHEREFORE**, the Action is hereby removed from the State Court to this United States District Court, and removing Defendants, pray that this District Court proceed, pursuant to 28 U.S.C. §1441, as well as any other relevant and applicable law, as if this Action had been originally filed in this District Court, and that the proceedings in the State Court be stayed in all respects. |

WRIGHT, FINLAY & ZAK, LLP

Dated: March 20, 2012      By:   */S/ David L. Chaffin, Esq.*
T. Robert Finlay, Esq.
David L Chaffin, Esq.
Attorneys for Defendants,
WELLS FARGO BANK, N.A.,
SUCCESSOR BY MERGER TO WELLS
FARGO HOME MORTGAGE
(erroneously named "Wells Fargo Home Mortgage") and HSBC BANK USA,
NATIONAL ASSOCIATION AS
TRUSTEE FOR WELLS FARGO ASSET
SECURITIES CORPORATION,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-7
(erroneously named "HSBC Bank, USA, N.A.")

EXHIBIT 1

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Jane M. Szerman, Esq.  SBN 174000<br>25129 The Old Road<br>Suite 100<br>Santa Clarita, CA 91381<br>TELEPHONE NO: 661-291-2300  FAX NO. (Optional): 661-291-2307<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Carlos and Lisa Castro | A 60060 / 91387<br><br>FILED<br>LOS ANGELES SUPERIOR COURT<br>JAN 11 2012<br>JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK<br>BY_____<br>JOANNE GONZALES, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 9425 Penfield Ave.
MAILING ADDRESS: 9425 Penfield Ave.
CITY AND ZIP CODE: Chatsworth CA 91311
BRANCH NAME: North Valley - Chatsworth

PLAINTIFF: Carlos Castro and Lisa Castro

DEFENDANT: Wells Fargo Home Mortgage, HSBC Bank USA, N.A..

[✓] DOES 1 TO 10

**CONTRACT**
[✓] COMPLAINT    [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
[ ] **ACTION IS A LIMITED CIVIL CASE**
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000 but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
PC052279

1. **Plaintiff*** (name or names):
   Carlos Castro and Lisa Castro
   alleges causes of action against **defendant*** (name or names):
   Wells Fargo Home Mortgage, HSBC Bank USA, N.A.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity (describe):
          (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant (name): Wells Fargo Home M   [ ] except defendant (name): HSBC Bank USA N.A.
          (1) [✓] a business organization, form unknown      (1) [✓] a business organization, form unknown
          (2) [ ] a corporation                               (2) [ ] a corporation
          (3) [ ] an unincorporated entity (describe):        (3) [ ] an unincorporated entity (describe):
          (4) [ ] a public entity (describe):                 (4) [ ] a public entity (describe):
          (5) [ ] other (specify):                            (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

| SHORT TITLE: Castro v. Wells Fargo | CASE NUMBER: | PLD-C-001 |
|---|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1 to 5 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [✓] Doe defendants *(specify Doe numbers):* 6 to 10 are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [✓] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   [✓] Breach of Contract
   [ ] Common Counts
   [ ] Other *(specify):*

9. [✓] Other allegations:
   Defendants have acted with callous disregard of Plaintiffs' rights

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ according to proof
    b. [✓] interest on the damages
       (1) [ ] according to proof
       (2) [✓] at the rate of *(specify):* 10 percent per year from *(date):*
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [✓] other *(specify):*
       Equitable relief; Court order that Defendant complete loan modification on agreed terms
11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: January 10, 2012

Jane M. Szerman, Esq.
(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]    **COMPLAINT—Contract**    Page 2 of 2

| | | PLD-C-001(1) |
|---|---|---|
| SHORT TITLE:<br>Castro v. Wells Fargo | CASE NUMBER: | |

**First** CAUSE OF ACTION—Breach of Contract
_(number)_

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_: Carlos and Lisa Castro

alleges that on or about _(date)_: 06/02/10
a [✓] written [ ] oral [ ] other _(specify)_:
agreement was made between _(name parties to agreement)_:
Carlos and Lisa Castro and Wells Fargo Home Mortgage on behalf of Mortgagee
[✓] A copy of the agreement is attached as Exhibit A, or
[ ] The essential terms of the agreement [ ] are stated in Attachment BC-1 [ ] are as follows _(specify)_:

BC-2. On or about _(dates)_: April, 2011
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [✓] the following acts
_(specify)_:

Refusing to accept payments under the loan modification as agreed in writing and putting Plaintiffs' property into foreclosure and attempting to complete non-judicial foreclosure of property at Trustee's Sale.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4 [✓] as follows _(specify)_:
Plaintiffs have suffered financial and other damages which are continuing. Plaintiffs will lose their family home at Trustee's Sale if Defendants' breach continues.

BC-5. [✓] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[✓] according to proof.
BC-6. [ ] Other:

Page 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

*Mod Dept.*

*Ins Info: (937) 525-4/1*
*Attn: Wells Fargo Bank.*

Date:   06/02/2010

RE:   Loan Number: 708 0158853127

This letter will confirm our agreement to advance funds to address the delinquency and/or a temporary rate reduction of your mortgage loan. In order to complete the process, please complete the below required steps.

### Required Next Steps

**Section A.**   PLEASE COMPLETE REQUIRED NEXT STEPS (SIGNATURES and RETURNING DOCUMENTS):

☒   Sign and acknowledge the enclosed Loan Agreement.

☐   Sign the Notice of Special Flood Hazards acknowledging receipt, if enclosed with your Loan Agreement.

☒   Provide the payment towards the unpaid balance amount of $ 988.73 The breakdown of the payment towards the unpaid balance is available below in Section D.

☒   Return ALL of the above documents along with the payment towards the unpaid balance amount, if required, by **10 days from 06/02/2010** in the enclosed, self-addressed, prepaid, express mail envelope to the address provided below:

**WELLS FARGO HOME MORTGAGE**
**1000 BLUE GENTIAN ROAD SUITE 300**
**MAC X9999-01N**
**EAGAN, MN 55121**

☒   Your Monthly Payments should be sent to:

**WELLS FARGO HOME MORTGAGE**
**1200 W. 7TH STREET SUITE L2-200**
**LOS ANGELES, CA 90017**

#0158853127

### Section B.   Monthly Payment Breakdown

| | | |
|---|---|---|
| 1. | Principal and Interest Payment | $ 0.00 |
| 2. | Interest Only Payment | $ 1,704.81 |
| 3. | Estimated Escrow Payment (includes estimated Shortage) | $ 0.00 |
| Total: | $1,704.81 | |

NOTE: The payment reflected in the Loan Modification Agreement is strictly the Principal and Interest or the Interest only amount and does not include any escrow payments. Your actual monthly mortgage payment amount includes, Principal and Interest or Interest only and your estimated escrow amount. The actual monthly mortgage payment amount is referenced in Section B above.

### Section C.   Amounts Included in the Loan Agreement
The following amounts will be included in your second mortgage loan.

| | | | |
|---|---|---|---|
| 1. | Principal, Interest and Escrow | | $36,531.84 |
| Total: | | $36,531.84 | |

### Section D.   Breakdown of the Borrower Paid Amount (Borrower Payment towards the Unpaid Balance)
The payment towards the unpaid balance must be paid in order for the loan agreement process to begin.

| | | |
|---|---|---|
| 1. | Principal, Interest and Escrow | $ 988.73 |
| Total: | $988.73 | |

### Section E.   Charges outstanding after the Loan Agreement is Complete
A breakdown of the amounts remaining after the Loan Agreement has been executed.

| | | |
|---|---|---|
| 1. | Late fees | $ 1,674.42 |
| 2. | NSF fees | $ 0.00 |
| 3. | Recoverable Expenses | $ 2,919.39* |
| Total: | $4,593.81 | |

*Recoverable Expenses may include, but are not limited to: Title, Attorney fees/costs, BPO/Appraisal, and/or Property Preservation / Property Inspections

NOTE: By completing the Loan Agreement, your mortgage loan will be contractually current. However, the amounts set forth in this letter are as of 06/02/2010 may be subject to change. Furthermore, in addition to the monthly mortgage payment, as set forth in Section B, you are responsible for paying the amounts outstanding as outlined in Section E above. If the amounts outstanding are not paid, they will remain due and owing on the loan until they are paid.

If we can be of further assistance, please call us at (800) 416-1472, Monday through Friday, 8AM to 11PM; or Saturday, 9AM to 3PM, Eastern Time.

Sincerely,

Shandra Rogers

Exhibit A-2

## PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On March 20, 2012, I served the within **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b)** on all interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Jane M. Szerman, Esq.
25129 The Old Road, Suite 100
Santa Clarita, CA 91381
661-291-2300; Fax: 661-291-2307
***Attorneys for Plaintiffs Carlos and Lisa Castro***

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]  (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ]  (BY NORCO - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Delivery Services with the delivery fees provided for.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X]  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2012, at Newport Beach, California.

_____
Gretchen Grant

-1-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV12- 2393 RSWL (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CARLOS CASTRO and
LISA CASTRO

**DEFENDANTS**
WELLS FARGO HOME MORTGAGE, HSBC BANK USA, N.A., and DOES 1-10.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jane M. Szerman, Esq., SBN 174000
25129 The Old Road, Suite 100
Santa Clarita, CA 91381    Tel: 661-291-2300   Fax: 661-291-2307

**Attorneys** (If Known)
WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280 David L Chaffin, Esq., SBN 258459
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660    Tel: 949-477-5050   Fax: 949-608-9142

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ 585,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §1441(b)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | OTHER LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☑ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-02393

FOR OFFICE USE ONLY:   Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                 CIVIL COVER SHEET                 Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
    ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiffs reside in Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendants conduct business in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| The real property subject to this litigation is situated in Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date March 20, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |