# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CASTRO and LISA CASTRO,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO HOME MORTGAGE, HSBC BANK USA, N.A., and DOES 1-10,<br><br>Defendants. | Case No: CV12-02393 RSWL(AGRx)<br><br>*Honorable Ronald S.W. Lew*<br><br>**ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**<br><br>**Current Trial Date**<br>Date: March 4, 2014<br>Time: 9:00 a.m.<br>Ctrm.: 21<br><br>Complaint filed: January 11, 2012 |

The Court, having reviewed the Stipulation for Dismissal of Plaintiffs, CARLOS CASTRO and LISA CASTRO, and Defendants, WELLS FARGO BANK, N.A. successor by merger to WELLS FARGO HOME MORTGAGE (erroneously named "Wells Fargo Home Mortgage") and HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-7'S (erroneously

1

named "HSBC Bank, USA, N.A.") (collectively "the Parties"), and for good cause appearing, hereby **ORDERS** as follows:

    1.    The above-captioned action is dismissed in its entirety as to all parties **WITH PREJUDICE.**

    2.    The Court retains jurisdiction to enforce the Settlement Agreement between the Parties until May 15, 2014.

**IT IS SO ORDERED.**

Dated: 1-31-2014

                              RONALD S.W. LEW
                              Honorable Ronald S.W. Lew
                              Senior U.S. District Judge